Prob 12
(Rev. 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Robert E. Schatzman**　　　　　　　　　　　　　　　**Docket No. 96-00094-001**

### Petition on Supervised Release

　　COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert E. Schatzman, who was placed on supervision by the Honorable Donald E. Ziegler sitting in the Court at Pittsburgh, Pennsylvania, on the 31st day of January 1997, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall submit to drug testing as directed by the probation office.
- Shall pay a $100 special assessment.

| | |
|---|---|
| 01-31-97: | Armed Bank Robbery, Use of a Firearm During a Crime of Violence; 102 months' incarceration, 5 years' supervised release. |
| 12-19-03: | Released to supervision; Currently supervised by U.S. Probation Officer Jeffery A. Birt. |
| 05-14-04: | Order signed, Judge McVerry; Conditions modified to include defendant's participation in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer. |
| 08-16-04: | Order signed, Judge Conti; Conditions modified to include 4 months' home confinement with electronic monitoring (successfully completed 12-24-04). |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

　　Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall refrain from any unlawful use of a controlled substance.**

**The defendant shall not possess illegal drugs.**

　　Urine samples obtained from the offender on July 17, 2005; October 28, 2005; November 23, 2005; and February 28, 2006, tested positive for cocaine.

**Shall participate in a program of testing, and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

　　Mr. Schatzman was directed to enter a 28-day inpatient substance abuse treatment program at Renewal, Incorporated, Pittsburgh, Pennsylvania, on September 2, 2005. He entered the program on September 2, 2005, but left the program on the same date. Mr. Schatzman was then directed to resume his weekly outpatient substance abuse testing and treatment sessions at Addiction Recovery Services, Pittsburgh, Pennsylvania. However, he has not appeared at that agency since November 23, 2005.

U.S.A. vs. Robert E. Schatzman
Docket No. 96-00094-001
Page 2

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

On February 28, 2006, Mr. Schatzman was directed to report to the Probation Office on March 3, 2006. He failed to report on that date and has had no contact with the Probation Office since February 28, 2006.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom __3A__ United States Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _THURSDAY, MARCH 23, 2006_ at _10:30 AM_, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this __13th__ day of __March__, 20__06__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03-10-2006_

_____
Jeffrey A. Birt
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:  Pittsburgh, Pennsylvania